IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

___ FILED          ___ LODGED
___ RECEIVED    ___ COPY

NOV 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RONALD CARNEY, Class of Person

    Plaintiff,

    V.

MARICOPA COUNTY et al,
JOHN DOES of MARICOPA COUNTY
JANE DOES of MARICOPA COUNTY
Individually in his or her Official Capacity

    Defendants.

CIVIL ACTION:

2:22-CV-1268-SMB-ESW

**SHOW CAUSE**
Honorable Eileen S. Willett

## PLAINTFFFS' SHOW CAUSE
### Liberally construed

1.   Ronald Carney, Plaintiff, Pro Se., files this response to the Court's order to show cause

received November 17, 2022, and, for the reasons stated herein respectfully, request that the

court schedule a status conference as well not dismiss TRUSTY/SHELLBACK action & provide

full account of all assets taken in violation of the following allegations against Maricopa County,

John Does of Maricopa County, Jane Does of Maricopa County individually in his or her Official

Capacity all referred to as (collectively the "DEFENDANTS") of Maricopa County.   Defendants

have engaged in pattern or practice of unlawful conduct at class of person.  As result of stop

functioning as officers of the court without jurisdiction, Defendants their agents & persons acting

on behalf of Maricopa County under the color of state law, conduct systematically, unjustified

confinement, oppress, intimidating to deprive The Most Honorable Ronald Carney in the free

enjoyment of any civil liberties, civil rights, individual privileges & immunities protections, by

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____ LRCIV 5.4
(Rule Number/Section)

extortion, interference with interstate commerce, arising from malicious, intentional acts to cause

death or irreparable injuries by defamation to health, personal & business reputation causing

serious emotional distress, embarrassment & personal humiliation with policy inspired by

aggressive treason to the State of Arizona Constitution and the United States Constitution

fraudulent unjustified imprisonment outside their scope of authority, invasion of privacy with

unjustified intrusion, without consent or any legal justification unreasonable seizure property &

other effects by extortion of livelihood, intentional false detention, deceiving, infiltration

counterfeiting, fabricating defamatory & ethnic violence statements indirectly or directly in

connection with overt acts under official light.


## AFFIDAVIT
## RELEVANT PROCEDURE HISTORY COURT DOCKETS

I, Ronald Carney Plaintiff, Pro Se., do hereby certify that the statement and allegations set forth

in the foregoing show of cause and the accompany are true and accurate to the best of Ronald

Carney, Plaintiff, Pro Se., knowledge and belief.


Respectfully Submitted

DATED: 17 NOV 22

attachments
cortinad@mcao.maricopa.gov
hostallp@mcao.maricopa.gov

Ronald Carney, Plaintiff, Pro Se.,
15 Charles Plaza Apt 1104
Baltimore MD 21201
410 992 2173
CARNEYR680@GMAIL.COM

# Strengthening Nonprofit Organizations

*Work with the Arizona Community Foundation to enhance financial sustainability.*



# Customized Giving Solutions

*Partner with the charitable experts at the Arizona Community Foundation to invest in your community.*



# Fund Types

As many ways as there are to give, there are also charitable strategies and vehicles for every type of donor. Choosing the right approach for every individual situation can help you give more effectively and efficiently. ACF offers a variety of fund types to meet different charitable goals.



### Donor Advised Fund

*Support multiple organizations and causes throughout the years by recommending grants that align with personal passions.*



### Scholarship Fund

*Invest in students pursuing college or vocational postsecondary education. Donors can choose different levels of involvement depending on their interests and goals.*



### Field of Interest Fund

*Donors select a focus area and let ACF manage competitive grant cycles and award funding to high-performing organizations and programs that align with the selected field of interest.*



### Designated Fund

*Donors select one or more nonprofit organizations that will receive a reliable annual income stream.*



### Collaborative Fund

*A group contributes to a single fund and grants are recommended by a committee, often supporting a common cause or jointly-funded program.*



### Supporting Organization

*Provides separate entity status and the potential to involve infinite generations alongside public charity tax benefits and outsourced back-office administration.*

**Grantmaking**
Grants may support nonprofits, educational institutions, tribal entities, government agencies, and most religious organizations anywhere in the U.S. and even internationally. ACF performs the due diligence to ensure grantees are qualified, viable organizations in good standing before distributing grants.

# How the Program Works

Funds that meet the minimum balance requirement
are eligible to recommend an external investment advisor.



Once approved, your firm can manage your clients' ACF fund assets,
in adherence with ACF investment guidelines, policies,
and oversight by our investment team.



When your clients are ready to make grant recommendations,
ACF will work directly with you to ensure enough funds are
available to meet their grantmaking goals.



## ACF FUND

*All assets managed by an external investment advisor*

**DONOR**

*Makes a tax-deductible
contribution to any type
of ACF fund*

**ADVISOR**

*Provides investment
management on the
ACF fund's balance*

**NONPROFITS**

*Donor recommends
grants—ACF vets the
organizations and
distributes grants*

Person Filing: __RONALD CARNEY__

Address (if not protected): __15 CHARLES PLAZA APT 1104__

City, State, Zip Code: __BALTIMORE  MD 21201__

Telephone: __410 992 2173__

Email Address: __CARNEYR680@GMAIL.COM__

Lawyer's Bar Number: __14 AMENDMENT__

Representing ☒ Self, without a Lawyer, or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

RONALD CARNEY
_____
Name of Petitioner / Plaintiff

MARICOPA COUNTY ET AL
_____
Name of Respondent / Defendant

Case Number: _____CV 2022 005324_____

ATLAS Number: _____

**SATISFACTION of JUDGMENT
and RELEASE of LIEN
(A.R.S. §§ 33-964, 967)**

1. On _____ (date – month, day, year) a judgment was entered against

   __Court Legal Staff cv 22 01268 phx smb esw__ (name of other party) in the amount of

   $__999,999,999,999,999.9__ and accrued interest for:

   ☐ court fees          ☐ child support
   ☐ spousal maintenance ☐ attorney fees
   ☒ other: __Arizona Constitution Article 2 Section 31 Article 2 Section 34__

2. The judgement was recorded in the office of the Maricopa County Recorder on _____

   _____ (date – month, day, year),

   In Docket/Book _____, Page _____

   OR

   Under Recording number __IRS 92 - 0675345__

3. The judgment has been fully satisfied and all liens associated with this judgment are released.

4. I declare under penalty of perjury the information I have provided is true and correct.

RONALD CARNEY                    *PROSPECTUS PORTFOLIO*
_____          _____
Printed Name of Party            Signature of Requesting Party

© Superior Court of Arizona in Maricopa County          Page 1 of 1          CVSJ91f 042420
ALL RIGHTS RESERVED

| MULTIPLE PAYMENTS LIST | Page | of | Pages |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 5 USC 5516, 5517, 5520, and 5701; Title 37 USC 404-427; and E.O. 9397

**PRINCIPAL PURPOSE(S):** Used to supplement DD Form 1351-2, "Travel Voucher or Subvoucher," to substantiate claims for reimbursement when multiple individuals of an organization are performing official travel at the same time, between the same points, and accounting data is the same. The information collected may also be used as a payroll list.

**ROUTINE USE(S):** Information may be furnished to an employee's state and/or local taxing authorities, to comply with agreements entered into by the Secretary of the Treasury, for verification of filing information used by an individual in a tax return; in addition, release of information on this form may be made to Federal, state, local or foreign law enforcement agencies, for investigation of and possible prosecution of an individual charged with violating any law, statute, rule, regulation, or order in this claim for restitution.

**DISCLOSURE:** Voluntary; however, failure to furnish requested information may result in total or partial denial of amount claimed.

| 1. TYPE OF PAYMENT (X as applicable) | | | D.O. VOUCHER NUMBER |
|---|---|---|---|
| ☐ MILITARY PAY (MP) | ☐ TRAVEL ALLOWANCE (TA) | ☒ OTHER (Specify)  JUDGMENT | MCAO FIRM 00032000 |

**PAID BY**

| 2. PAYROLL NUMBER (If applicable) | 3. DATE OF COMPUTED PAYMENT |
|---|---|
| 92 - 0675345 | CV 2022 - 005324 |

**4. ORGANIZATION AND STATION**

STATE OF ARIZONA CONSTITUTION - ARTICLE 2 SECTION 31 - ARTICLE 2 SECTION 34
INTERAGENCY PROCESS AGREEMENT - VS 2000 VBOC VBBP VALNET VETERANS
SUPPORTIVE CAMPUSES POSTSECONDARY INSTITUTIONS - PUBLIC/PRIVATE
COMMUNITY BASED COLLABORATIONS - AGENCY LOCATOR CODE 999

**5. PAYEE IDENTIFICATION**

| | a. LAST   b. FIRST   c. MI   d. SSN | e. TRAVEL ORDER OR OTHER AUTHORITY | f. AMOUNT | g. SIGNATURE OR CHECK NUMBER | |
|---|---|---|---|---|---|
| 1 | CARNEY RONALD            137 64 3163 | 5658868 | 021082609 | | 1 |
| 2 | ARIZONA COMMUNITY FOUNDATIO | 07 753 5144 | 3J5C4 | | 2 |
| 3 | BLACK CHAMBERS OF COMMERCE | 07 753 5144 | 3J5C4 | | 3 |
| 4 | MARICOPA COUNTY ORGANIZATION | 07 753 5144 | 3J5C4 | | 4 |
| 5 | VETERANS RESOURCE PROGRAM | 07 753 5144 | 3J5C4 | | 5 |
| 6 | SPACE PROGRAM ANALYSIS | 07 753 5144 | 3J5C4 | | 6 |
| 7 | MINORITY DEPOSIT INSTITUTIONS | 07 753 5144 | 3J5C4 | | 7 |
| 8 | RACIAL EQUITY GRANT FUND | 07 753 5144 | 3J5C4 | | 8 |
| 9 | SOUTHERN EQUITY FUND | 07 753 5144 | 3J5C4 | | 9 |
| 10 | ARIZONA FOUNDATION / WOMEN | 07 753 5144 | 3J5C4 | | 10 |
| 11 | SOCIAL IMPACT DEPOSIT | 07 753 5144 | 3J5C4 | | 11 |
| 12 | PACIFIC LIFE  INSURANCE COMPANY | 07 753 5144 | 3J5C4 | | 12 |
| 13 | MITSUBISHI FOUNDATION | 07 753 5144 | 3J5C4 | | 13 |
| 14 | CARNEGIE CORPORATION | 07 753 5144 | 3J5C4 | | 14 |
| 15 | DOD CULTURE READINESS | 07 753 5144 | 3J5C4 | | 15 |
| 16 | NATIONAL PARKS FOUNDATION | 07 753 5144 | 3J5C4 | | 16 |
| 17 | GENTLE GIANTS DRAFT HORSES | 07 753 5144 | 3J5C4 | | 17 |
| 18 | ACLU NON EXE CONTRIBUTOR | 07 753 5144 | 3J5C4 | | 18 |
| 19 | WOOLRICH OUTDOOR FOUNDATION | 07 753 5144 | 3J5C4 | | 19 |
| 20 | BENETTON FOUNDATION | 07 753 5144 | 3J5C4 | | 20 |
| 21 | MARITIME HERITAGE PROGRAMS | 07 753 5144 | 3J5C4 | | 21 |
| 22 | GILD BEND 413796548 | 07 753 5144 | 3J5C4 | | 22 |
| 23 | ARIZONA SUPREME COURT FUND | 07 753 5144 | 3J5C4 | | 23 |
| 24 | USS ARIZONA MARITIME GRANTS | 07 753 5144 | 3J5C4 | | 24 |
| | | PAGE TOTAL | | | |

**6. ACCOUNTING CLASSIFICATION**

ADOPTED: VA REVOLVING FUNDS, FRANCHISE FUNDS, SUPPLY FUNDS, PAYROLL
VOLUME I CHAPTER VOLUME II CHAPTER 10 VOLUME II CHAPTER 1 VOLUMEXII CHAPTER 2
021054718

**7. PURSUANT TO AUTHORITY VESTED IN ME, I CERTIFY THESE STATEMENTS ARE CORRECT AND PROPER**

| a. NAME AND TITLE OF CERTIFYING OFFICER (Please type) | b. CERTIFYING OFFICER (Signature) |
|---|---|
| SUN OF NEPTUNE  TRUSTY/SHELLBACK | *PROSPECTUS PORTFOLIO* |

**DD FORM 1351-6, JUN 93**          Replaces DD Forms 115 (MAY 74), 1351-1 (SEP 61), and 1351-6 (NOV 64), which may be used until Dec 31, 1993.

| MULTIPLE PAYMENTS LIST | Page | of | Pages |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 5 USC 5516, 5517, 5520, and 5701; Title 37 USC 404–427; and E.O. 9397

**PRINCIPAL PURPOSE(S):** Used to supplement DD Form 1351-2, "Travel Voucher or Subvoucher," to substantiate claims for reimbursement when multiple individuals of an organization are performing official travel at the same time, between the same points, and accounting data is the same. The information collected may also be used as a payroll list.

**ROUTINE USE(S):** Information may be furnished to an employee's state and/or local taxing authorities, to comply with agreements entered into by the Secretary of the Treasury, for verification of filing information used by an individual in a tax return; in addition, release of information on this form may be made to Federal, state, local or foreign law enforcement agencies, for investigation of and possible prosecution of an individual charged with violating any law, statute, rule, regulation, or order in this claim for restitution.

**DISCLOSURE:** Voluntary; however, failure to furnish requested information may result in total or partial denial of amount claimed.

**1. TYPE OF PAYMENT** *(X as applicable)*

| | | |
|---|---|---|
| ☐ MILITARY PAY (MP) | ☐ TRAVEL ALLOWANCE (TA) | ☒ OTHER *(Specify)* 021054718 |

**D.O. VOUCHER NUMBER**
MCAO FIRM 00032000

**PAID BY**

**2. PAYROLL NUMBER** *(If applicable)*
92 - 0675345

**3. DATE OF COMPUTED PAYMENT**
22-CV-01268- SMB-ESW

**4. ORGANIZATION AND STATION**
NATIONAL GOVERNMENT - INTERAGENCY PROCESS AGREEMENT - VA/DOD SHARING AGREEMENT - DOD CULTURE READINESS - NAVSUP JAG CORPS CIVILIANS - VA OFFICE OF TRIBAL RELATIONS - CITIZEN CORPS & AFFILIATE PROGRAMS - AGENCY LOCATOR 999

**5. PAYEE IDENTIFICATION**

| | a. LAST | b. FIRST | c. MI | d. SSN | e. TRAVEL ORDER OR OTHER AUTHORITY | f. AMOUNT | g. SIGNATURE OR CHECK NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 1 | CARNEY RONALD | | | 137 64 3163 | 08 053 1727 | 021082609 | | 1 |
| 2 | | | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | | | | | | | | 5 |
| 6 | | | | | | | | 6 |
| 7 | | | | | | | | 7 |
| 8 | | | | | | | | 8 |
| 9 | | | | | | | | 9 |
| 10 | | | | | | | | 10 |
| 11 | | | | | | | | 11 |
| 12 | | | | | | | | 12 |
| 13 | | | | | | | | 13 |
| 14 | | | | | | | | 14 |
| 15 | | | | | | | | 15 |
| 16 | | | | | | | | 16 |
| 17 | | | | | | | | 17 |
| 18 | | | | | | | | 18 |
| 19 | | | | | | | | 19 |
| 20 | | | | | | | | 20 |
| 21 | | | | | | | | 21 |
| 22 | | | | | | | | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| | | | | **PAGE TOTAL** | | | | |

**6. ACCOUNTING CLASSIFICATION**
NAVY EXCHANGE - VA REVOLVING FUNDS, FRANCHISE FUNDS, SUPPY FUNDS, PAYROLL

VOLUME 1 CHAPTER VOLUME II CHAPTER 10 CHAPTER 1 VOOLUME XII CHAPTER 2

**7. PURSUANT TO AUTHORITY VESTED IN ME, I CERTIFY THESE STATEMENTS ARE CORRECT AND PROPER**

**a. NAME AND TITLE OF CERTIFYING OFFICER** *(Please type)*
SUN OF NEPTUNE
TRUSTY/SHELBBACK

**b. CERTIFYING OFFICER** *(Signature)*
*PROSPECTUS PORTFOLIO*

**DD FORM 1351-6, JUN 93**   Replaces DD Forms 115 (MAY 74), 1351-1 (SEP 61), and 1351-6 (NOV 64), which may be used until Dec 31, 1993.

 An official website of the United States government



# Calendar of Events

**Home > Financial Resources > Calendar of Events**

**Below is a list of annual financial literacy events, topics and opportunities for consumers, credit unions and their members to promote and engage with throughout the year.**

Visit MyCreditUnion.gov for the latest resources and consumer protection information when participating in any of the activities below.

Consumers can create conversations about money at home, teachers can include the following activities within their lesson plans, and credit unions can send information out to their members, and much more.

Share your financial literacy stories with us by sending an email to mycreditunion@ncua.gov. Submissions are voluntary and may be featured on MyCreditUnion.gov as an example of how consumers, credit unions and their members work to improve financial literacy and financial capability.

| | | | |
|---|---|---|---|
| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | **Nov** | Dec |

**KEY:**

Event                              Activity

Webinar

**Ship & Squadron Administration Manual – Rev 5.1, April 2018**

NCUSA a successful organization. All it takes are ideas and enthusiasm and the manpower to see them through.

## 1.2   NCUSA Charter

### PUBLIC LAW # 546

#### CHAPTER 239
#### H.R. 5880

𝔖𝔢𝔟𝔢𝔫𝔱𝔭-𝔖𝔦𝔵𝔱𝔥 𝔆𝔬𝔫𝔤𝔯𝔢𝔰𝔰 𝔬𝔣 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞
𝔄𝔱 𝔱𝔥𝔢 𝔗𝔥𝔦𝔯𝔡 𝔖𝔢𝔰𝔰𝔦𝔬𝔫

**Begun and held at the City of Washington on Wednesday, the third
day of January, one thousand nine hundred and forty**

### AN ACT

To incorporate the Navy Club of the of the United States of America

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That **Sigfred A. Sandeen**, national commandant: **Ernest C. Fiedler**, national senior executive officer: **Thomas D. Hickey**, national junior executive officer: **Forest F. Bodiker**, national paymaster: **V. Homer Peabody**, national chaplain: **Mason C. Martin**, national historian: and **John F. McCullough**, medical doctor, national medical officer, are hereby created a body corporate of the name, "**Navy Club of the of the United States of America**".*

*    **Sec. 2.** That the purpose of this corporation shall be (a) to further, encourage, promote and maintain comradeship among those persons who are or have been in the active service of the United States Navy, the United States Marine Corps or the United States Coast Guard: (b) to revere, honor, and perpetuate the memory of those persons who have been such members and have departed this life: (c) to promote and encourage further public interest in the United States Navy, the United States Marine Corps or the United States Coast Guard and the history of said organizations: (d) to uphold the spirit and ideals of the United States Navy, the United States Marine Corps or the United States Coast Guard: (e) to promote the ideals of American freedom and democracy and to fit its members for the duties of citizenship and to encourage them to serve as ably as citizens as they have served the Nation under arms: and (f) to maintain true allegiance to American institutions.*

*    **Sec. 3.** That the corporation (a) shall have perpetual succession: (b) may charge and collect membership dues and receive contributions of money or property to be devoted to carrying out the purposes of the organization: (c) may sue or be sued: (d) may adopt a corporate seal and alter it at pleasure: (e) may adopt and alter bylaws not inconsistent with the Constitution and laws of the United States or of any State: (f) may establish and maintain offices for the conduct of its business: (g) may appoint or elect officers and agents: (h) may choose a board of trustees, consisting of not more than fifteen persons not less than five persons, to conduct the business and exercise the powers of the corporation: (i) may acquire, by purchase, devise, bequest, gift, or*

**Ship & Squadron Administration Manual – Rev 5.1, April 2018**

*otherwise, and hold, encumber, convey, or otherwise dispose of such real and personal property as may be necessary or appropriate for its corporate purposes: and (j) generally may do any and all lawful acts necessary or appropriate to carry out the purposes for which the corporation is created.*

*Sec. 4. That the corporation shall, on or before the 1st day of December in each year, transmit to Congress a report of its proceedings and activities for the preceding calendar year, including the full and complete statement of its receipts and expenditures.*

**H.R. 5880 - 2**

*Such reports shall not be printed as public documents.*

*Sec. 5. That the right to alter, amend, or repel this Act at any time is hereby expressly reserved.*

PG-18-9 – SPACE PLANNING CRITERIA
220 – Credit Union

March 1, 2022

## 7   FUNCTIONAL RELATIONSHIPS

Relationship of Credit Union to services listed below:

**TABLE 1: FUNCTIONAL RELATIONSHIP MATRIX**

| SERVICES | FUNCTIONAL RELATIONSHIP |
|---|---|
| BLDG SPRT: Lobby | 2 |
| VET SPRT: VC Svc: Retail Store | 2 |
| VET SPRT: Voluntary Svc | 3 |
| BLDG SPRT: Police & Security | 3 |
| OP: CBMH: General | 3 |
| VET SPRT: VC Svc: Coffee Shop | 3 |
| VET SPRT: VC Svc: Food Court | 3 |

Legend:

1. High
2. Moderate
3. Minimal

U.S. Department
of Veterans Affairs

**Navy Federal Credit Union**

# Direct Deposit Enrollment

| Name: First | MI | Last | Suffix |
|---|---|---|---|
| RONALD | N/A | CARNEY | N/A |

| Current Home Address: Street | City | State | Zip Code |
|---|---|---|---|
| 1 FEDERAL PLAZA | NEW YORK | NEW YORK | 10278 |

I hereby authorize the company named below to initiate direct deposits to the account indicated.

Company Name:

ARIZONA    COMMUNITY    FOUNDATION

## Account Information

| | Account No. 1 | Account No. (10 digits, not Access Number) | Amount of Deposit |
|---|---|---|---|
| Navy Federal Credit Union | ☒ Checking  ☐ Savings  ☐ Money Market | 7103364662 | ☐ Net Pay  ☒ Other  $999,999,999.00 |
| 2560-7497-4 | Account No. 2 | Account No. (10 digits, not Access Number) | Amount of Deposit |
| | ☐ Checking  ☐ Savings  ☐ Money Market | | ☐ Net Pay  ☐ Other  $ |

This authorization is to remain in effect until the payment office has received written notification from me to terminate the direct deposit.

| Signature | Date (MM/DD/YYYY) |
|---|---|
| ▼ PROPERTY OF PORTFOLIO | |

© 2020 Navy Federal NFCU 97DD (11-20)

**Photocopy as Needed**

VA (http://www.va.gov/) » Health Care (http://www.va.gov/health) » VHA National Desktop Library (/LIBRARY/index.asp) » VA Library Network (VALNET)

# VHA National Desktop Library

**MENU**

## VA Library Network (VALNET)



The **Veterans Affairs Library Network (VALNET)** is the largest health care library network in the United States, providing library services and resources to Veteran inpatients and outpatients, their families, and caregivers; Department of Veterans Affairs (VA) staff and employees; and students and trainees in affiliated teaching programs. VALNET librarians provide knowledge-based information for clinical and management decision-making, research, and education to enhance the quality of care for Veterans enrolled in the VA Health Care System.

- About VALNET (/LIBRARY/VALNET/About_VALNET.asp)

The **Library Network Office (LNO)** supports VALNET library professionals and staff with centralized services, policies and procedures, staff development opportunities, and assistance with local library issues. Throughout the VA, LNO serves as an advocate for the importance of knowledge-based resources to the provision of quality healthcare. The LNO provides a core collection of nationally funded, authoritative information resources to all VA staff, available both on-site at a VA medical center, or from home.

If you have questions about VALNET, please contact the Library Network Office (mailto:vhalno@va.gov).

**Please note:** The LNO is not a library, and does not provide library services such as interlibrary loan. Please work with your local library if you need an item that may have been identified as being available at a VA Library.

return to top ▲

📣    **Learn what the PACT Act means for your VA benefits ›› (https://www.va.gov/resources/the-pact-act-and-your-va-benefits)**

**2021**

# JUDICIAL DATA REPORT



## ARIZONA SUPREME COURT

Caseload and statistical data for the appellate, superior,
municipal and justice of the peace courts in Arizona



# MARICOPA COUNTY ORGANIZATIONAL CHART



(https://www.azindiangaming.org/)

# Tribal Land & Casino

Arizona has more Tribal land than any other state in the U.S. Tribal lands comprise about 27% of Arizona's land base, or a total of more than 20 million acres. Currently 16 Tribes operate 24 Class III casinos throughout Arizona. Six Tribes do not have casinos but have slot machine rights which they lease to other Tribes with casinos.



Tribal Lands and Casinos

(https://www.azindiangaming.org/wp-content/uploads/2022/07/Tribal-Lands.png)

Select Language | ▼

# COMMUNITY & ECONOMIC DEVELOPMENT

The Town of Gila Bend Community and Economic Development Department encourages the growth and development of our Town. We also provide guidance and support in the areas of plan reviews, inspections, code compliance, zoning, and subdivision applications. We are committed to proactive, community-based planning that is founded on public participation, and to the building of livable, sustainable communities.

The Community and Economic Development Department is comprised of 3 divisions:

Building and Safety
Code Compliance
Planning and Zoning


VIEW THE GENERAL PLAN


VIEW THE COMMUNITY AND ECONOMIC PROFILE


# CONTACT US

USDA  U.S. DEPARTMENT OF AGRICULTURE

# Grants and Loans

## Visit the Federal Trade Commission's Identity Theft Website

This FTC website to help you deter, detect, and defend against identity theft. You can learn how to avoid theft, or learn what to do if your identity is stolen.

## Farm Loans

FSA makes direct and guaranteed farm ownership and operating loans to family-size farmers and ranchers who cannot obtain commercial credit from a bank, Farm Credit System institution, or other lender. FSA loans can be used to purchase land, livestock, equipment, feed, seed, and supplies. Loans can also be used to construct buildings or make farm improvements.

## Housing Assistance

USDA provides homeownership opportunities to low- and moderate-income rural Americans through several loan, grant, and loan guarantee programs. The programs also make funding available to individuals to finance vital improvements necessary to make their homes decent, safe, and sanitary. USDA Multi-Family Housing Programs offer Rural Rental Housing Loans to provide affordable multi-family rental housing for very low-, low-, and moderate-income families; the elderly; and persons with disabilities. In addition, rental assistance is available to eligible families.

## Rural Development Loan and Grant Assistance

USDA Rural Development forges partnerships with rural communities, funding projects that bring housing, community facilities, business guarantees, utilities and other services to rural America. USDA provides technical assistance and financial backing for rural businesses and cooperatives to create quality jobs in rural areas. Rural Development promotes the President's National Energy Policy and ultimately the nation's energy security by engaging the entrepreneurial spirit of rural America in the development of renewable energy and energy efficiency improvements. Rural Development works with low-income individuals, State, local and Indian tribal governments, as well as private and nonprofit organizations and user-owned cooperatives.

## Beginning Farmers and Ranchers

USDA, through the Farm Service Agency, provides direct and guaranteed loans to beginning farmers and ranchers who are unable to obtain financing from commercial credit sources. Each fiscal year, the Agency targets a portion of its direct and guaranteed farm ownership (FO) and operating loan (OL) funds to beginning farmers and ranchers.

## Livestock Insurance

USDA helps producers manage their business risks. The mission of USDA's Risk Management Agency (RMA) is to promote, support, and regulate sound risk management solutions to preserve and strengthen the economic stability of America's agricultural producers. As part of this mission, RMA operates and manages the Federal Crop Insurance Corporation (FCIC).

RMA has three divisions: Insurance Services, Product Management, and Risk Compliance. Seventeen private-sector insurance companies sell and service the policies. RMA develops and/or approves the premium rate, administers premium and expense subsidies, approves and supports products, and reinsures the companies. RMA also sponsors educational and outreach programs and seminars on the general topic of risk.

## Federal State Marketing Improvement Program

This matching grant program, also known as FSMIP, provides matching funds to State Departments of Agriculture and other appropriate State agencies to assist in exploring new market opportunities for food and agricultural products, and to encourage research and innovation aimed at improving the efficiency and performance of the marketing system.

## **Specialty Crop Block Grant Program**

The SCBGP funds can be requested to enhance the competitiveness of specialty crops. Specialty crops are defined as fruits and vegetables, tree nuts, dried fruits, and nursery crops (including floriculture).

## **The Farmers Market Promotion Program**

The FMPP was created through a recent amendment of the Farmer-to-Consumer Direct Marketing Act of 1976. The grants, authorized by the FMPP, are targeted to help improve and expand domestic farmers markets, roadside stands, community-supported agriculture programs and other direct producer-to-consumer market opportunities.

## **Organic Cost Share Program**

AMS administers two organic certification cost share programs. Each program provides cost share assistance, through participating States, to organic producers and/or organic handlers. Recipients must receive initial certification or continuation of certification from a USDA accredited certifying agent (ACA).

redit Union Name: _RINALD CHANEY_

Federal Charter/Certificate Number: _PCS 46/239_

## STATEMENT OF FINANCIAL CONDITION AS OF: _____
This page must be completed by all credit unions.

Backto Navigation Page

### ASSETS

**CASH AND DEPOSITS:** If your credit union reports an amount in Account AS0007 or AS0008 below, complete Schedule B, Section 3, Investments - Credit Losses - Maturity Distribution.

**NOTE – Review the Call Report Instructions carefully if you have early adopted ASC Topic 326: Financial Instruments - Credit Losses (CECL).**

| | | Amount | Account |
|---|---|---|---|
| Have you early adopted ASC Topic 326: Financial Instruments - Credit Losses (CECL)? Select yes or no. | | | AS0010 |
| 1. Cash on Hand | a. Coin and Currency | | AS0004 |
| | b. Cash Items in Process of Collection | | AS0005 |
| | c. Total Cash on Hand | | AS0005 |
| 2. Cash on Deposit (Amounts Deposited in Financial Institutions) | a. Cash on Deposit in Corporate Credit Unions | | 730A |
| | b. Cash on Deposit in a Federal Reserve Bank | | 730B1 |
| | c. Cash on Deposit in Other Financial Institutions | | AS0003 |
| | d. Total Cash on Deposit (Amounts Deposited in Financial Institutions) | | 730B2 |
| 3. Time deposits in commercial banks, S&Ls, savings banks, natural person credit unions, or corporate credit unions | | | 730B |
| 4. All other deposits | | | AS0007 |
| 5. TOTAL CASH AND OTHER DEPOSITS (Sum of Accounts 730A, 730B, AS0007, and AS0008) | | | AS0008 |
| | | | AS0009 |

**INVESTMENT SECURITIES:** If your credit union reports amounts below, complete Schedule B, Sections 1 through 4, as applicable.

| | Amount | Account |
|---|---|---|
| 6. Equity Securities | | AS0055 |
| 7. Trading Debt Securities | | AS0061 |
| 8. Available-for-Sale Debt Securities | | AS0067 |
| 9. Held-to-Maturity Debt Securities[1] | | AS0073 |
| 10. Allowance for Credit Losses on Investment Securities — Enter an amount in Account AS0041 if you have early adopted ASC Topic 326: Financial Instruments - Credit Losses (CECL), as applicable. | | AS0041 |
| 11. TOTAL INVESTMENT SECURITIES (Sum of Accounts AS0055, AS0061, AS0067, and AS0073 less AS0041) | | AS0013 |

**OTHER INVESTMENTS:** If your credit union reports amounts below, complete Schedule B, Sections 1 through 4, as applicable.

| | | Amount | Account |
|---|---|---|---|
| 12. Other Investments | a. Nonperpetual Capital Account | | 769A |
| | b. Perpetual Contributed Capital | | 769B |
| | c. All other investments | | AS0016 |
| 13. TOTAL OTHER INVESTMENTS (Sum of Accounts 769A, 769B, and AS0016) | | | AS0017 |

Also complete line 10 (Account AS0041) if you have early adopted ASC Topic 326: Financial Instruments - Credit Losses (CECL).

Credit Union Name: _LENARD CAPLAN_

**STATEMENT OF FINANCIAL CONDITION AS OF:** _____
*This page must be completed by all credit unions.*

Federal Charter/Certificate Number: _PL-S46239_

ASSETS – CONTINUED

**LOANS HELD FOR SALE:**

| | Amount | Account |
|---|---|---|
| 14. Loans Held for Sale | | 003 |

**LOANS AND LEASES:  If your credit union reports an amount in Account 025B, complete Schedule A, Sections 1 through 9, as applicable.**

| | Number of Loans 025A | Amount 025B | Account |
|---|---|---|---|
| 15. TOTAL LOANS & LEASES | | | 025B |
| 16. Less: Allowance for Loan & Lease Losses - Skip to Line 17 if you have early adopted ASC Topic 326: Financial Instruments - Credit Losses (CECL) | | | 719 |
| 17. Less: Allowance for Credit Losses on Loans & Leases - Enter an amount if you have early adopted ASC Topic 326: Financial Instruments - Credit Losses (CECL) | | | AS0048 |

**OTHER ASSETS:**

| | | Amount | Account |
|---|---|---|---|
| 18. Foreclosed and Repossessed Assets | a. Commercial | | AS0022 |
| | b. Consumer Real Estate | | AS0023 |
| | c. Consumer Vehicle | | AS0024 |
| | d. Consumer Other | | AS0025 |
| | e. Total Foreclosed and Repossessed Assets | | 798A |
| 19. Land and Building | | | 007 |
| 20. Other Fixed Assets | | | 008 |
| 21. NCUA Share Insurance Capitalization Deposit | | | 794 |
| 22. Other Assets | a. Goodwill | | 009D2 |
| | b. Mortgage servicing assets | | 779 |
| | c. Other Intangible Assets | | AS0032 |
| | d. Accrued Interest on Loans & Leases | | 009A |
| | e. Accrued Interest on Investments | | 009B |
| | f. All Other Assets | | 009C |
| | g. Total Other Assets | | AS0036 |
| 23. TOTAL ASSETS (Sum of Accounts AS0009, AS0013, AS0017, 003, 025B less 719 and AS0048, 798A, 007, 008, 794 and AS0036) | | | 010 |

Must equal Account 014 on Page 3