**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Carney, | No. CV-22-01268-PHX-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| County of Maricopa, et al., | |
| Defendants. | |

The Court has considered the Plaintiff's "Show Cause" which is deemed a timely response to the Court's Order filed November 17, 2022 requesting that Plaintiff show cause why his case should not be dismissed for lack of prosecution (Docs. 8, 12).

Defendant has filed a Motion to Dismiss (Doc. 9) in response to Plaintiff's Complaint (Doc. 1). The Court has ordered that Plaintiff file a response to Defendant's Motion to Dismiss no later than December 2, 2022 (Doc. 11). For good cause shown,

IT IS ORDERED quashing the Court's Order directing Plaintiff to show cause (Doc. 8).

Dated this 1st day of December, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge