IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Carney,<br><br>  Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>  Defendants. | No. CV-22-01268-PHX-SMB<br><br>**ORDER** |

United States Magistrate Judge Eileen Willett has issued a report and recommendations ("R&R") (Doc. 26) recommending that the case be dismissed without prejudice for failure to prosecute. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Willett. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Willett (Docs. 26) is accepted.

**IT IS FURTHER ORDERED** dismissing this case without prejudice. The Clerk of Court is directed to enter judgment accordingly and terminate this case.

Dated this 23rd day of April, 2025.

Honorable Susan M. Brnovich
United States District Judge